IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS | : | |
| v. | : | Cases Originally Filed in the Southern District of Indiana |
| VARIOUS DEFENDANTS | : | |

FILED
MAR 21 2011
MICHAEL E. KUNZ, Clerk
By_______________Dep. Clerk

**O R D E R**

**STATUS AND SCHEDULING CONFERENCE**

**AND NOW**, this **16th** day of **March, 2011**, it is hereby **ORDERED** that in the cases listed in Exhibit "A," attached, a status and scheduling conference will be held on **Tuesday, April 26th, 2011, at 2:00pm** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that prior to, or at, the conference, Plaintiff's counsel in each action must inform the Court as to the status of the case.[1]

---

[1] If a status update is submitted to the Court prior to the conference, appearance by Plaintiff's counsel is excused. Defense counsel may appear at the conference to ascertain the status of the case, but appearance by Defense counsel is not required. The results of the hearing will be posted on the MDL 875 website at: www.paed.uscourts.gov/mdl875u.asp.

It is further **ORDERED** that Plaintiff's counsel shall be prepared to provide the following information to the Court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each viable defendant that is still active in the case.

It is further **ORDERED** that, as to all viable, active defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court:

a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

d.) Whether the plaintiff has obtained a medical diagnosing

---

A status update should be made in writing and emailed to the MDL 875 law clerk, emily_k_breslin@paed.uscourts.gov or sent to:

The Honorable Judge Eduardo C. Robreno
Attn: MDL 875 Law Clerk
U.S. District Court, Eastern District of Pennsylvania
601 Market Street Room 2609
Philadelphia, PA 19106

report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.[3]

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may provide the Court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

[3] The court will order presumptively that any outstanding discovery be completed within 120 days from the date of the hearing.

Exhibit A

| | | |
|---|---|---|
| 2:08-cv-89972-ER | IL-N | PATTERSON v. FLINKOTE CO. et al |
| 2:08-cv-90056-ER | IL-N | SPIVY v. GRAND TRUNK WESTERN RAILROAD, INC. |
| 2:08-cv-90151-ER | IL-N | BUCHANAN v. PEORIA AND PEKIN UNION RAILWAY COMPANY |
| 2:08-cv-89402-ER | IL-S | DAVIDSON v. OWENS CORNING, ET AL |
| 2:08-cv-89430-ER | IL-S | REINEKING v. OWENS-CORNING FIBERGLAS CORPORATION et al |
| 2:08-cv-89578-ER | IL-S | GUIFFRE v. RAYMARK INDUSTRIES, INC. et al |
| 2:08-cv-87964-ER | IN-S | ELIAS v. ARMSTRONG WORLD INDUSTRIES, INC. et al |
| 2:10-cv-68689-ER | IN-S | JACKSON v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68690-ER | IN-S | LESLIE et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68691-ER | IN-S | KUTANOVSKI v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68692-ER | IN-S | LEWIS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68693-ER | IN-S | MANNING et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68694-ER | IN-S | MCDANIEL et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68695-ER | IN-S | MEARS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68696-ER | IN-S | MUNSON et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68697-ER | IN-S | PALL v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68698-ER | IN-S | POLEWSKI et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68699-ER | IN-S | MABONE et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68700-ER | IN-S | ROBEY et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68701-ER | IN-S | ROGERS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68702-ER | IN-S | SHADE et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68703-ER | IN-S | SOPKO et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68704-ER | IN-S | STEVERS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68705-ER | IN-S | STURKEN v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68706-ER | IN-S | TAYLOR et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68707-ER | IN-S | WILLIAMS v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68719-ER | IN-S | KISSINGER v. A C & S INC et al |
| 2:10-cv-68727-ER | IN-S | FINNEY v. ARMSTRONG WORLD INDUSTRIES, INC. et al |
| 2:10-cv-68729-ER | IN-S | SPOONAMORE v. BERKHEIMER CO INC GW et al |
| 2:10-cv-68730-ER | IN-S | ANDREW et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68731-ER | IN-S | BARNES et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68732-ER | IN-S | BRYAN et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68733-ER | IN-S | CARR et al v. OWENS FIBERGLAS CORPORATION et al |
| 2:10-cv-68734-ER | IN-S | COMANSE et al v. OWENS FIBERGLAS CORPORATION et al |
| 2:10-cv-68735-ER | IN-S | DAVIS et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68736-ER | IN-S | COLEMAN et al v. OWENS FIBERGLAS CORPORATION et al |
| 2:10-cv-68737-ER | IN-S | COMSA et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68738-ER | IN-S | GALASSO et al v. OWENS-CORNING FIBERGLAS CORP et al |

| | | |
|---|---|---|
| 2:10-cv-68739-ER | IN-S | PARKER et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68740-ER | IN-S | KEITHLEY et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68741-ER | IN-S | HINES et al v. OWENS-CORNING et al |
| 2:10-cv-68742-ER | IN-S | STOJAKOVICH et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68743-ER | IN-S | ANDERSON et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68744-ER | IN-S | TEETS et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68745-ER | IN-S | DOERNER v. A C & S INC et al |
| 2:10-cv-68746-ER | IN-S | HAMMOND v. A C & S INC et al |
| 2:10-cv-68747-ER | IN-S | FOLEY v. A C & S INC et al |
| 2:10-cv-68748-ER | IN-S | KINSEY v. CELOTEX CORP et al |
| 2:10-cv-68749-ER | IN-S | OAKLEY et al v. CELOTEX CORP et al |
| 2:10-cv-68750-ER | IN-S | KING v. KING et al |
| 2:10-cv-68751-ER | IN-S | WHITEHOUSE v. WHITEHOUSE et al |
| 2:10-cv-68752-ER | IN-S | PYFER et al v. MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND |
| 2:10-cv-68753-ER | IN-S | BYRAM v. A.W. CHESTERTON et al |
| 2:10-cv-68754-ER | IN-S | GOAD v. MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND et al |
| 2:10-cv-68755-ER | IN-S | HENDON et al v. MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND et al |
| 2:10-cv-68756-ER | IN-S | THIESING v. AC&S INC et al |
| 2:10-cv-68757-ER | IN-S | SPRIGGS et al v. THE BABCOCK & WILCOX CO. et al |
| 2:10-cv-68758-ER | IN-S | BELMONTE et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68759-ER | IN-S | BIRMINGHAM et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68760-ER | IN-S | COMBS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68761-ER | IN-S | GOODLETT et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68762-ER | IN-S | GUTIERREZ et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68763-ER | IN-S | HARKINS et al v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68764-ER | IN-S | HERVEY v. ARMSTRONG WORLD INDUSTRIES INC et al |
| 2:10-cv-68773-ER | IN-S | ROMANO v. A C & S INC et al |
| 2:10-cv-68774-ER | IN-S | KNOX et al v. A C & S INC et al |
| 2:10-cv-68775-ER | IN-S | RICE et al v. AC&S INC et al |
| 2:10-cv-68776-ER | IN-S | GLENN v. A C & S INC |
| 2:10-cv-68778-ER | IN-S | BRIGHT et al v. A P GREEN REFRACTORIES et al |
| 2:10-cv-68779-ER | IN-S | PHELPS v. STANTON et al |
| 2:10-cv-68780-ER | IN-S | JONES v. CELOTEX CORP et al |
| 2:10-cv-68781-ER | IN-S | BENNETT v. AC & S INC et al |
| 2:10-cv-68782-ER | IN-S | ACUP v. A W CHESTERTON et al |
| 2:10-cv-68783-ER | IN-S | BROOKS et al v. AC & S INC et al |
| 2:10-cv-68784-ER | IN-S | GREESON et al v. A C & S INC |
| 2:10-cv-68785-ER | IN-S | KOONCE et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68786-ER | IN-S | KOPACK et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68787-ER | IN-S | LAMBERT et al v. PITTSBURGH CORNING CORPORATION et al |

| | | |
|---|---|---|
| 2:10-cv-68788-ER | IN-S | LYLES et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68790-ER | IN-S | HOLLINGSWORTH v. CROWN CORK & SEAL COMPANY et al |
| 2:10-cv-68795-ER | IN-S | JOHNSON v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68796-ER | IN-S | KEY v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68797-ER | IN-S | KOHL v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68798-ER | IN-S | KOTVASZ v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68799-ER | IN-S | WADE v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68800-ER | IN-S | KUTZER et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68801-ER | IN-S | MALECKAR et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68802-ER | IN-S | MATHIS et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68803-ER | IN-S | HALVIN v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68804-ER | IN-S | ADAMS et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68805-ER | IN-S | ANDERSON et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68806-ER | IN-S | CHURCHILL et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68807-ER | IN-S | COOPER et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68809-ER | IN-S | CAMPBELL et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68810-ER | IN-S | ARMATO v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68811-ER | IN-S | BEAN v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68812-ER | IN-S | BITTKE v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68813-ER | IN-S | DRESSEL v. CROWN CORK & SEAL COMPANY et al |
| 2:10-cv-68814-ER | IN-S | STOUT v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68815-ER | IN-S | SUMMERS v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68816-ER | IN-S | SMITH et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68817-ER | IN-S | ROBERTS et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68818-ER | IN-S | THOMAS et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68819-ER | IN-S | WILLIAMS et al v. OWENS-CORNING FIBERGLAS CORPORATION et al |
| 2:10-cv-68820-ER | IN-S | HAMILTON et al v. PITTSBURGH CORNING CORPORATION et al |
| 2:10-cv-68821-ER | IN-S | HAMMOCK et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68822-ER | IN-S | LARD et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68823-ER | IN-S | OBRETKOVICH v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68825-ER | IN-S | PARKER v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68845-ER | IN-S | GUZMAN et al v. OWEN-CORNING FIBERGLAS CORP. et al |
| 2:10-cv-68846-ER | IN-S | MARTIN et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68847-ER | IN-S | PEELMAN et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68848-ER | IN-S | SANCHEZ et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68849-ER | IN-S | TIMBERMAN et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68850-ER | IN-S | TRAJKOV et al v. OWENS-CORNING FIBERGLAS CORPORATION et al |
| 2:10-cv-68851-ER | IN-S | CONNOR et al v. CROWN CORK & SEAL COMPANY et al |
| 2:10-cv-68853-ER | IN-S | ROBERTS v. BELL ASBESTOS MINES LTD et al |
| 2:10-cv-68856-ER | IN-S | LAMBERT v. THE BABCOCK & WILCOX CO et al |

| | | |
|---|---|---|
| 2:10-cv-68876-ER | IN-S | BREWSTER v. AC AND S, INC. et al |
| 2:10-cv-68877-ER | IN-S | ISAAC v. AC&S INC et al |
| 2:10-cv-68878-ER | IN-S | HAMILTON et al v. OWEN-CORNING FIBERGLASS CORPORATION |
| 2:10-cv-68879-ER | IN-S | FURNISH et al v. CROWN CORK & SEAL COMPANY et al |
| 2:10-cv-68880-ER | IN-S | CUTRIGHT et al v. CROWN CORK & SEAL COMPANY |
| 2:10-cv-68927-ER | IN-S | KING et al v. OWENS-CORNING FIBERGLAS CORP et al |
| 2:10-cv-68945-ER | IN-S | ATTERSON v. EAGLE-PICHER INDUSTRIES, INC. et al |
| 2:10-cv-68946-ER | IN-S | COVALT et al v. CAREY CANADA, INC. |
| 2:10-cv-68947-ER | IN-S | BIRD v. OWENS-ILLINOIS GLASS COMPANY et al |
| 2:10-cv-69020-ER | IN-S | TUCKER et al v. THERMO COUPLE PRODUCTS COMPANY, INC. |
| 2:10-cv-69022-ER | IN-S | GRIMWOOD et al v. GRACE, W R & CO. |
| 2:10-cv-69023-ER | IN-S | PEERMAN et al v. NICOLET, INC. et al |
| 2:10-cv-69024-ER | IN-S | JONES et al v. OWENS-CORNING FIBERGLAS CORPORATION et al |
| 2:10-cv-69025-ER | IN-S | HARRIS et al v. A C & S et al |
| 2:10-cv-69026-ER | IN-S | MERRILL v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69027-ER | IN-S | HARP v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69028-ER | IN-S | HILL v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69029-ER | IN-S | ROY v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69030-ER | IN-S | MCCOOL v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69052-ER | IN-S | O'DONNELL v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69053-ER | IN-S | JACKSON v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69054-ER | IN-S | REYNOLDS et al CSX TRANSPORTATION, INC. |
| 2:10-cv-69055-ER | IN-S | TOLLIVER v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69056-ER | IN-S | RANKIN v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69057-ER | IN-S | MOBLEY v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69058-ER | IN-S | MCPHEE v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69059-ER | IN-S | PERKINS v. CSX TRANSPORTATION INC |
| 2:10-cv-69060-ER | IN-S | NICHOLS v. CSX TRANSPORTATION, INC. |
| 2:10-cv-69061-ER | IN-S | THORNTON v. CSX TRANSPORTATION INC |
| 2:10-cv-69062-ER | IN-S | DAY et al v. NORFOLK SOUTHERN CORPORATION et al |
| 2:10-cv-69063-ER | IN-S | BRIDGES v. CSX TRANSPORTATION INC |
| 2:10-cv-69064-ER | IN-S | FLENER v. CSX TRANSPORTATION INC |
| 2:10-cv-69065-ER | IN-S | MOORE |
| 2:10-cv-69066-ER | IN-S | SIMPSON v. CSX TRANSPORTATION INC |
| 2:10-cv-69067-ER | IN-S | STERCHI v. CSX TRANSPORTATION INC |
| 2:10-cv-69068-ER | IN-S | SOUTHARD v. CSX TRANSPORTATION INC |
| 2:10-cv-69069-ER | IN-S | STEWART v. CSX TRANSPORTATION INC |
| 2:10-cv-69070-ER | IN-S | WOOLSEY v. CSX TRANSPORTATION INC |
| 2:10-cv-69071-ER | IN-S | BRAUN v. CSX TRANSPORTATION INC |
| 2:10-cv-69072-ER | IN-S | LAYMON v. CSX TRANSPORTATION INC |

| | | |
|---|---|---|
| 2:10-cv-69073-ER | IN-S | SPILMON v. CSX TRANSPORTATION INC |
| 2:10-cv-69074-ER | IN-S | RHODES v. CSX TRANSPORTATION INC |
| 2:10-cv-69078-ER | IN-S | HAHN v. UNITED STATES GYPSUM COMPANY |
| 2:10-cv-69357-ER | IN-S | CLEVELAND et al v. OWENS FIBERGLAS CORPORATION et al |

08-91397 IN-N Wright v. Crown Cork and Seal et al.

**MAILED:**

ABRAM CONWAY
ALLARD ALLSTON
ANDREA REED
ANNE KOESTER
BRUCE KAMPLAIN
CHARLES BERGER
CHARLES MARSHALL
CHRISTOPHER O'DONNELL
CLARKE GILLESPIE
CLINT SITTON
DANIEL O'CONNELL
DANNY GLASS
DAVID ANDERSON
DAVID BELL
DAVID MILNE
DAVID MONOHAN
DEBORAH SOLMOR
DONALD BERGER
DONALD BROAD
EARL KREMP
EDWARD BRENNAN
EDWARD HARNEY
EDWARD MURPHY
ERIC ZALUD
F. BOWERS
FRED WHITE
G. HEATH
GARY PRICE
GUS SACOPULOS
HAROLD ATHERLY
JACK BLOCK
JAMES MCDONALD
JAMES WHEELER
JEFFREY ZIPES
JENNIFER FARDY
JOAN IRICK
JOHN CROMER
JOHN HUME
JOHN KEELER
JOHN MCDAVID
JON WILLIAMS
JONATHAN LIVELY
JOSEPH KRASOVEC
JULIA BLACKWELL
JULIE NEIDHARDT
KARL KOONS
KATHIEJANE OEHLER
KATHY CONDO
KEITH KINNEY
KEVIN MESSMER
LARRY EVANS
LAURIE SIKORSKI
LINDA GRAFT
MARK DINSMORE
MARK DUDLEY
MARK RAKOCZY
MICHAEL FREEBORN
MICHAEL HAYDEN
MICHAEL HIGGINS
MICHAEL KELLY
MICHAEL MARINE
MICHAEL MULVIHILL
MICHAEL PEEK
MICHAEL SIMMONS
NORMAN FUNK
PATRICK PHILLIPS
PAUL BLACK
PEGGY WHIPPLE
PETER CARLSON
R. STOMMEL
RAYMOND FOURNIE
REID NELSON
RICHARD EWING
RICHARD HUSER
RICHARD MIDDLETON
ROBERT BODKIN
ROBERT DOYLE
ROBERT JOHN
ROBERT KEZELIS
ROBERT MAAS
ROBERT SHULA
RON HOBGOOD
ROY BAKER
RUSSELL HOOVER
SCOTT BEARBY
STEPHEN LAUDIG
STEPHEN TERRELL
STEPHEN WHEELER
STEPHEN WILLIAMS
STEVEN HAHN
STEVEN HARDIN
STEVEN MOSS
STEVEN SANDERS
SUSAN GUNTY
TERRI BRUKSCH
THOMAS HAYES
THOMAS MIXDORF
THOMAS ORRIS
TIMOTHY EBLE
WILLIAM FAHEY
WILLIAM MAHONEY
WILLIAM THOMAS
WILLIAM WENDLING

**E-MAILED:**

ANDREW DETHERAGE
BRYCE BENNETT
CHRISTOPHER LARSON
CHRISTOPHER LEE
CYNTHIA LOCKE
DANIEL TRACHTMAN
DAVID TEMPLE
DENNIS CANTRELL
DONALD ORZESKE
DOUGLAS KING
EDWARD CRANE
EDWARD MCCAMBRIDG
F ALDRIDGE
GENE LOCKS
JAMES HOPKINSON
JASON KENNEDY
JEFFREY FECHT
JOHN DOUGLAS
JOHN KUROWSKI
JOHN VITSAS
JOHN WHEELER
JON WILLIAMS
JONATHAN MATTINGLY
KATHARINE BYRNE
KENNETH SALES
KIP HARBISON
KNIGHT ANDERSON
LAURA HONG
LINDA GEORGE
MARC WEINGARTEN
MICHAEL BERGIN
MICHAEL CASCINO
MICHAEL HERMANN
MICHAEL LEH
PHILLIP SCALETTA
RANDALL JORDAN
RAYMOND MODESITT
RICHARD DARST
ROBERT BAKER
ROBERT BUNDA
ROBERT MCELHONE
ROBERT PAUL
ROBERT SCOTT
ROBIN HARVEY
SUSAN MEHRINGER
THERESA DEWITT
TIMOTHY SWAIN
WILLIAM GAVIN
WILLIAM RILEY
WILLIS TRIBLER